UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DEBORAH HENSON,

        Plaintiff,

    v.

BILL BIXBY, et al.,

        Defendants.

NO. CIV. S-05-1099 FCD KJM

ORDER

----oo0oo----

The Clerk, having been directed to inform the court of any document which has been filed and not being in proper form, has been advised that your document, official court docket number 12 Second Amended Complaint, filed on August 2, 2005 is deficient because leave of court is required for the filing of a second amended complaint pursuant to F.R.C.P. 15(a).

Accordingly, The document is STRICKEN from the record.

IT IS SO ORDERED.

DATED: August 3, 2005

        /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL, Jr.
        UNITED STATES DISTRICT JUDGE