**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants LASSEN COUNTY,
KEVIN MANNEL, BILL BIXBY, JIM CHAPMAN,
ANDY WHITEMAN, LYNNE MARGOLIES,
MARGARET "PEGGY" CROSBY, BOB PYLE,
LLOYD KEIFER, BRIAN DAHLE and JACK HANSON

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH HENSON, | CASE NO: CIV-S-05-1099 FCD KJM |
| Plaintiff, | |
| vs. | **EX PARTE REQUEST AND PROPOSED ORDER** |
| LASSEN COUNTY CALIFORNIA, KEVIN MANNEL; BILL BIXBY; JIM CHAPMAN; ANDY WHITEMAN; LYNNE MARGOLIES; and MARGARET "PEGGY" CROSBY, | |
| Defendants. | |

///
///
///

*Henson v. Lassen* [CIS-S-1099]/Ex Parte Request and Order                                                        Page 1

1     Counsel for plaintiff DEBBIE HENSON and counsel for defendants
2 LASSEN COUNTY, KEVIN MANNEL, BILL BIXBY, JIM CHAPMAN,
3 ANDY WHITEMAN, LYNNE MARGOLIES, MARGARET "PEGGY" CROSBY,
4 BOB PYLE, LLOYD KEIFER, BRIAN DAHLE and JACK HANSON hereby request that
5 they not be required to file their Joint Status Conference Report until 30 days have the
6 Court rules on the pending motions to dismiss and motion to amend.

7 Date: 12/15/05         WILLIAMS & ASSOCIATES

9                         By: /s/ KATHLEEN J. WILLIAMS
                               KATHLEEN J. WILLIAMS, CSB 127021
10                             Attorneys for defendants LASSEN COUNTY,
                               KEVIN MANNEL, BILL BIXBY, JIM CHAPMAN,
11                             ANDY WHITEMAN, LYNNE MARGOLIES,
                               MARGARET "PEGGY" CROSBY, BOB PYLE,
12                             LLOYD KEIFER, BRIAN DAHLE and JACK HANSON

14 Date: 12/15/05         ZEH SAINT-AUBIN SPOO

16                         By: /s/ CHARLES ZEH
                               CHARLES ZEH
                               Attorneys for plaintiff

18 **IT IS SO ORDERED.**

20 Dated: December 16, 2005

23                         /s/ Frank C. Damrell Jr.
                          The Honorable Frank C. Damrell, Jr.

28 *Henson v. Lassen* [CIS-S-1099]/Ex Parte Request and Order     Page 2