Micah R. Jacobs, Esq. (174630)
Eric Ferraro, Esq.
JACOBS & FERRARO, LLP
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
eferraro@jacobsferraro.com
Telephone: 415.773.2852
Facsimile: 415.773.2854

Cary S. Kletter, Esq. (210230)
Yosef Peretz, Esq.
KLETTER & PERETZ
One Embarcadero Center, Suite 1200
San Francisco, CA  94111
csk@kletterperetz.com
Telephone: (415) 732-3790
Facsimile: (415) 732-3791

Attorneys for Plaintiff
DEBORAH HENSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DEBORAH HENSON, | CASE NO.: 2:05-CV-1099-FCD-KJM |
|---|---|
| Plaintiff, | **ORDER re: SUBSTITUTION OF COUNSEL** |
| v. | |
| LASSEN COUNTY CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff DEBORAH HENSON hereby substitutes JACOBS & FERRARO, LLP and KLETTER & PERETZ (attorney information is listed above) as attorneys of record in the place and stead of ZEH SAINT-AUBIN SPOO.

Dated: _____
Signature of Plaintiff
DEBORAH HENSON

1
**SUBSTITION OF ATTORNEY**

I consent to the above substitution.

Dated: _____
Signature of Present Counsel
Charles Zeh, Esq.

I consent to the above substitution.

Dated: _____
Signature of New Counsel
Micah Jacobs, Esq.

I consent to the above substitution.

Dated: _____
Signature of New Counsel
Cary S. Kletter, Esq.

IT IS SO ORDERED.

DATED: March 13, 2006

/s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.
Judge of the US District Court

**SUBSTITION OF ATTORNEY**