**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants LASSEN COUNT et al

**KLETTER & PERETZ**
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 732-3777
(415) 732-3791 (fax)

Cary S. Kletter, CSB #210230

Co-Counsel for plaintiff DEBORAH HENSON

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH HENSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LASSEN COUNTY CALIFORNIA et al.,<br><br>　　　　Defendants. | CASE NO: CIV-S-05-1099 FCD KJM<br><br>**STIPULATION AND ORDER** |

　　　Counsel for plaintiff DEBORAH HENSON and counsel for defendants LASSEN COUNTY et al. hereby request that:

　　　1) The parties not be required to file their Joint Status Conference Report until the sooner of 30 days after an answer is filed to the Third Amended Complaint or the

---

*Henson v. Lassen County, et al.*[CIV-05-1099 FCD KJM] Stipulation and Order　　　　　　　　　　　　Page 1

Court issues an order on a Motion to Dismiss the Third Amended Complaint;[1]

2) The plaintiff DEBORAH HENSON be granted an additional 10 days (until March 27, 2006) to file her Third Amended Complaint;[2]

3) The plaintiff DEBORAH HENSON be permitted to assert facts and claims in her amended complaint arising out of facts which occurred after the filing of the last amended complaint.

Date: 03/13/06           WILLIAMS & ASSOCIATES

By: /s/ KATHLEEN J. WILLIAMS
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendants LASSEN COUNTY et al

Date: 03/13/06           KLETTER & PERETZ

By: /s/ CARY S. KLETTER
CARY S. KLETTER
Co-Counsel for plaintiff

**IT IS SO ORDERED.**

Dated: March 15, 2006

/s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.

---

[1] Pursuant to the Court's December 16, 2005 order, the Joint Status Conference is presently due 30 days from February 22, 2006, the date the Court ruled on defendants's motion to dismiss plaintiff's Second Amended Complaint and on plaintiff's motion to amend.

[2] Plaintiff recently retained new counsel and her new counsel seeks an additional 10 days to file the Amended Complaint.

*Henson v. Lassen County, et al.*[CIV-05-1099 FCD KJM] Stipulation and Order                    Page 2