**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Susanna L. Mould, CSB #154270

Attorneys for defendants LASSEN COUNTY,
KEVIN MANNEL, BILL BIXBY, JIM CHAPMAN,
ANDY WHITEMAN, LYNNE MARGOLIES and
MARGARET "PEGGY" CROSBY

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HENSON, | CASE NO: CIV-05-1099 FCD KJM |
| Plaintiff, | **EX PARTE REQUEST FOR PERMISSION TO EXCEED PAGE LIMIT ON MOTION TO DISMISS AND PROPOSED ORDER** |
| vs. | |
| LASSEN COUNTY CALIFORNIA, KEVIN MANNEL; BILL BIXBY; JIM CHAPMAN; ANDY WHITEMAN; LYNNE MARGOLIES; and MARGARET "PEGGY" CROSBY | **"AS MODIFIED"** |
| Defendants. | DATE: 6/2/06<br>TIME: 10:00 a.m.<br>CTRM: 2<br>TRIAL: None Set |

Defendants LASSEN COUNTY, KEVIN MANNEL, BILL BIXBY, JIM CHAPMAN, ANDY WHITEMAN, LYNNE MARGOLIES and MARGARET CROSBY hereby request permission to exceed the Court's 20 page limit for their Motion to Dismiss.[1]

The Third Amended Complaint which is the subject of this Motion to Dismiss is 23 pages long, includes 15 claims for relief and 21 exhibits comprising 59 pages.  The

---

[1] Defendants have no order imposing a 20 page limitation; however, it is their understanding that the Court desires motions to be limited to 20 pages.

*Henson v. Lassen County, et al.* [CIV-05-1099 FCD KJM]/Ex Parte Request to Exceed Page Limit            Page 1

1  Motion to Dismiss necessarily contains 28 pages in order to address the claims for relief
2  as they pertain to each of the seven defendants.
3  No Pretrial Order has issued in this case; therefore, defendants are unaware of
4  any time limitation imposed by the Court for making a request such as this.
5  Dated: April 26, 2006            WILLIAMS & ASSOCIATES

7  By: /s/ SUSANNA L. MOULD
    SUSANNA L. MOULD, CSB #154270
8   Attorneys for defendants LASSEN COUNTY,
    KEVIN MANNEL, BILL BIXBY, JIM
9   CHAPMAN, ANDY WHITEMAN,
    LYNNE MARGOLIES and
10  MARGARET CROSBY

11  Defendants' request to file a Motion to Dismiss in excess of 20 pages is
12  GRANTED.  The court instructs counsel that any future requests to exceed the page
13  limit must be filed fourteen (14) days in advance of the motion.  All counsel shall refer to
14  the court's Amended Initial Scheduling Order filed in conjunction with this order for
15  future reference on the filing of all motions and the joint status report.
16  IT IS SO ORDERED
17  Dated: April 26, 2006            /s/ Frank C. Damrell Jr.
    The Honorable Frank C. Damrell, Jr.
18  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA