IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HENSON,

    Plaintiff,                                    No. CIV S-05-1099 FCD  KJM

    vs.

LASSEN COUNTY, et al.,

    Defendants.                              <u>ORDER</u>

_____/

        Defendants' motion to quash and for protective order came on regularly for hearing January 24, 2007.  Yosef Peretz appeared for plaintiff.  Martha Springer appeared for defendants.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        The motion to quash and for protective order is denied.  Documents produced pursuant to the subpoena at issue shall be used solely for purposes of this litigation.

DATED: January 26, 2007.

                                                     U.S. MAGISTRATE JUDGE

006
henson.oah

1