IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HENSON,

    Plaintiff,                                   No. CIV S-05-1099 FCD  KJM

    vs.

LASSEN COUNTY, et al.,

    Defendants.                               <u>ORDER</u>

_____/

        Defendants' and plaintiff's discovery motions came on regularly for hearing April 4, 2007.  Yosef Peretz and Emily Berg appeared for plaintiff.  Martha Springer appeared for defendants.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1.  Defendants' motion to increase the seven-hour time limit for plaintiff's deposition is granted in part.  The deposition shall be allowed for five days of four hours/day with three days of deposition occurring consecutively one week and the last two days of deposition occurring consecutively another week.  Defendants shall provide to plaintiff documents requiring authentication one week prior to the start of deposition.

/////

1

2. Defendants' motion regarding the scope of the mental examination is granted in part. At plaintiff's option, the mental examination and testing shall take place either in Carson City, Nevada, or Menlo Park, California, limited to four hours each of examination and testing, to occur on separate days. Taping shall be allowed but no third parties shall be present during the examination and testing. If the mental examination takes place in Carson City, plaintiff shall bear the costs of expert transportation and lodging. If the mental examination takes place in Menlo Park, defendants shall bear the costs of plaintiff's transportation and lodging.

3. Plaintiff's motion to increase the number of depositions is denied without prejudice to its renewal after full exhaustion of meet and confer efforts and upon a particularized showing of need as to each specified deposition.

4. Plaintiff's motion to modify defendants' subpoena duces tecum and for protective order is denied. Documents shall be produced as identified in the privilege log provided by the subpoenaed custodian of records, including medical records contained in the worker's compensation file.

5. Plaintiff's motion to compel Andy Whiteman to appear for deposition in Sacramento is denied.

6. No later than seven days from the date of this order, after fully meeting and conferring regarding disputed items, the parties shall submit a supplemental joint statement pertaining to each parties' current position on disputed interrogatories and requests for production of documents. The parties shall further identify any interrogatories not responded to on the basis they exceed fifty interrogatories.

DATED: April 9, 2007.

_____
U.S. MAGISTRATE JUDGE

006
henson2.oah