IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HENSON,

    Plaintiff,                                No. CIV S-05-1099 FCD KJM

    vs.

LASSEN COUNTY, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        Plaintiff has requested a clarification of the minutes entered on the docket after the hearing on April 4, 2007. The order filed April 10, 2007 supersedes the minutes and controls disposition of the discovery dispute addressed therein. To the extent that order requires clarification regarding payment of the costs of expert transportation, the order should be construed as including the costs of travel time.

DATED: May 4, 2007.

                                                U.S. MAGISTRATE JUDGE

006
henson.clar

1