IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HENSON,

    Plaintiff,   No. CIV S-05-1099 FCD  KJM

    vs.

LASSEN COUNTY, et al.,

    Defendants.   <u>ORDER</u>

_____/

    By order filed April 10, 2007, the parties were directed, after fully meeting and conferring regarding disputed items, to submit a supplemental joint statement pertaining to each parties' current position on disputed interrogatories and requests for production of documents. The parties were further directed to identify any interrogatories not responded to on the basis they exceed fifty interrogatories.  The supplemental joint statement does not comply with the court's order.  What is very apparent from the pleadings is that the parties have not fully met and conferred regarding the disputed discovery.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to compel further responses to interrogatories and production of documents is denied.

/////

1

2. Within fifteen days from the date of this order, defendants shall provide verifications for the supplemental responses defense counsel agreed to provide as set forth in section II.C. of the supplemental joint statement.

DATED: May 22, 2007.

_____
U.S. MAGISTRATE JUDGE

006
henson2.supp