IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HENSON,

    Plaintiff,                              No. CIV S-05-1099 FCD KJM

    vs.

LASSEN COUNTY, et al.,

    Defendants.                          ORDER

_____/

          The parties have submitted a joint letter brief regarding a discovery dispute pertaining to a letter authored and signed at the end of June 2004 by defendant Bixby. Based on the representation of defense counsel that a good faith search has revealed only one responsive document and that said document has been produced, the motion to compel is denied. Defendants are reminded, however, of their continuing duty to produce responsive discovery.

          Plaintiff filed an ex parte application for hearing on a motion to compel nonparty Jim Jackson to appear for deposition. The chambers of the undersigned have been advised that that motion has been withdrawn.

DATED: June 15, 2007.

_____
U.S. MAGISTRATE JUDGE

006 henson.lbmtc

1