2007

# Paul S.D. Berg, Ph.D.

## Personal Data

| | |
|---|---|
| Current Address: | Paul S.D. Berg, Ph.D.<br>Summit Medical Building<br>400 - 29th Street<br>Suite 315<br>Oakland, CA 94609 |
| Telephone number:<br>Fax: | 510-893-3413<br>510-893-3435 |
| Date of Birth: | June 30, 1935 |
| Marital Status: | Married; four children |

## Education

| 1957: | B.B.A. | City College of New York<br>New York, New York, Cum Laude |
|---|---|---|
| 1959: | M.A. | Michigan State University<br>East Lansing, Michigan |
| 1963: | Ph.D. | Clinical Psychology<br>Michigan State University<br>East Lansing, Michigan |

## Professional Licenses & Boards

California Psychologist License Number: PSY2811, November 8, 1967

California Marriage, Family and Child Counselor License Number: 681, May 20, 1964

Certificate of Professional Qualification in Psychology: CPQ1297, April 06, 2001

## **Work Experience**

Private Practice
April 1964 - Present

Director of
Paul S. D. Berg, Ph.D. and Associates, A Psychological Corporation

I. Clinical
        Psychotherapy & Assessment

Treatment of long-term emotional disorders, brief psychotherapy, crisis intervention, for adults, children and families. Special emphasis on post-traumatic disorders, work-related injuries, family dysfunctions, and depressive/anxiety disorders.

Diagnostic evaluations of personality, psychopathology, vocational skills and career planning, treatment response, fitness for duty, various competency issues, and the assessment of credibility/malingering.

Particular emphasis on the evaluation and treatment of law enforcement personnel (including pre-employment screening, fitness for duty, disability, stress reduction). Consultation to police departments regarding crisis intervention, critical incidents, personnel matters, and handling of sensitive situations.

II. Forensic

Services provided for civil, criminal, family, and administrative law.

Qualified as an Expert Witness in Superior Courts of California (many counties), Federal courts, Workers' Compensation Appeals Board, Bureau of Hearings and Appeals (Social Security), Department of Labor, and Board of Medical Examiners.

Consultation provided for both defense and plaintiff/applicants' attorneys. Judicial appointments and consultations with prosecuting agencies.

    A. Civil Law:

Examination of patients for rendering opinion regarding claims of emotional damage, post-traumatic effects, malingering and credibility issues, employability, disability, potential for rehabilitation, wrongful discharge, wrongful death, effects of arrest/detention, age/sex discrimination, sexual harassment, workplace violence, psychotherapist malpractice, molest victims, competency for contracts, affects of burn, bite and other disfiguring injuries. Consultation to attorneys for review of records, case management, viability of cases, cross-examination of witnesses, sincerity of litigants, relationship between physical/organic injury and emotional consequences.

    B. Criminal Law:

Court appointed expert for evaluations of competency to stand trial, insanity pleas, restoration of sanity, diminished actuality, dangerousness, sentencing recommendations, capacity to understand Miranda rights, suitability for trial as youth offender versus adult offender, addiction status, and potential removal of child from parental custody or control. Examinations and/or consultations with defense attorneys and district attorneys, as well as for the court.

Special emphasis on death penalty cases and sexual crimes, writs of habeas corpus, adequacy of previous psychological/psychiatric examinations, battered woman syndrome, competency to consent to sexual acts, personality dimensions of defendants, pedophilia, violence assessment, self-defense, duress, and violence.

    C. Family Law:

Examination of children and/or parents or other contestants regarding questions of custody, determination of best interest, detriment, negligence, and fitness of parents. Ascertaining the emotional parent, adoption vs. parental priority, as well as child abuse and sexual abuse.

    D. Administrative Law:

Evaluations and consultations regarding work injuries, disability, employability, potential for vocational rehabilitation, FELA litigation, and eligibility for benefits for various entitlement programs.

III. Consultative

Consultation provided to police departments regarding personnel and various liability matters, to attorneys regarding case management, to private businesses considering selection or advancement of personnel, to management in cases of threatened workplace violence, and employee assistance programs.

IV. Teaching and Workshops

Lectures and seminars to attorneys and lawyer associations, judges, psychologists, psychiatrists, insurance rehabilitation providers, legal aid groups, insurance claims representatives, risk management, industrial claims associations, police conferences, and graduate students. Teaching of MCLE workshops.

Workshops have been presented in 30 cities in over a dozen states.

A sample of the topics covered in these training workshops includes the following: sexual harassment, workplace violence, detection of malingering; defenses against claims of psychological damage; evaluation of post-traumatic stress disorders; the role of psychological testing in presenting testimony; interface between law and psychology; special elements in police evaluation and treatment of officers; personality characteristics of entrepreneurs; career changes from clinical to forensic psychology; the use of vocational and psychological tests for vocational rehabilitation; and psychological dynamics of the workplace: stress reduction for attorneys.

Radio call-in shows and television appearances including "60 Minutes," "Front Row Video," "Two at Noon," and "Eye to Eye."

V. Administrative

As president of a professional psychological corporation, I oversee the clinical work, consult and advise regarding both clinical and practice issues, supervise the secretarial and administrative staff, plan budget and direct all financial operations, and act as trustee for the corporation retirement plans.

Previously administered EAP programs for two cities. Also designed a vocational assessment program for a major insurance rehabilitation company, administered and supervised satellite offices in six states.

## Previous Work Experience

| Aug., 1964--Aug., 1966 | Psychological Consultant |
| | California Department of Corrections |
| | Stress Assessment Unit California Medical Facility at Vacaville. |
| | Design and implementation of research for the study of violent behavior. |
| | Consultations with unit staff and for individual assessment of difficult cases. |
| | |
| Sept., 1963--April, 1964 | Clinical Psychologist II |

|  | California State Department of Corrections<br>Joint Assignment:  Clinician at San Quentin (half-time)<br>Group and individual psychotherapy, parole hearing and Death Row evaluations, research advisor, and case conferences.<br>Research Psychologist, Research Division at Sacramento (half-time)<br>Research proposal preparation for N.I.M.H. grant, individual research, local research consultant, on-site visits. |
|---|---|
| Aug., 1961--Sept., 1963 | Assistant Chief Psychologist<br>Psychiatric Clinic<br>State Prison of Southern Michigan<br>Director of Supervision for Psychological Interns, individual and group psychotherapy, psychodiagnostics, research, case conferences, and seminars |
| Dec., 1961--June, 1962 | Instructor of Psychology<br>Lansing Community College<br>Lansing, Michigan<br>Taught Introduction to Psychology and Psychology of Personality. |
| Sept., 1960 -- Aug., 1961 | Instructor and U.S.P.H. Fellow. (part-time)<br>Counseling Center<br>Michigan State University<br>East Lansing, Michigan<br>Individual psychotherapy, supervision of counseling trainees, interpretation of vocational and aptitude tests, academic planning, and diagnostic testing. |
| 1958: Academic Year | Internship<br>Veterans' Administration Hospital<br>Dearborn, Michigan |
| 1957: Academic Year | Internship<br>Veterans' Administration Hospital<br>Battle Creek, Michigan |

## Publications & Presentations

## Presentations

| April 2007 | Use and Misuse of Experts in Litigation and Arbitration<br>College of Labor and Employment Lawyers<br>Panel with Judge Claudia Wilken and Judge Steven Brick<br>San Francisco, CA |
|---|---|
| October 2003 | The Hot Psychological Issues in Employment Disputes<br>The State Bar of California<br>San Diego, CA |
| October 2003 | Invited Keynote Address.  The Workplace: View from the Couch.<br>Arizona State Bar Convention<br>Flagstaff, AZ |
| August 2003 | Identification and Prevention of Violence Threats at the Workplace.<br>College of Nursing University of Arizona<br>Tucson, AZ |
| July 2003 | Direct and Cross of Mental Health Expert |

Paul S.D. Berg, Ph.D.

|  | American Trial Lawyers Association Convention<br>San Francisco, CA |
|---|---|
| February 2003 | Discovery and Privacy Lecture<br>Presented to the Pima County Bar Association<br>Tucson, AZ |
| Jan., 2003 | Evaluation of Emotional Distress in Litigation.<br>Presented to the Pima County Bar Association<br>Tucson, AZ |
| June, 2002 | Psychological Expert Trauma Syndrome.<br>Presented to the San Francisco Trial Lawyers Association,<br>San Francisco, CA |
| February, 2001 | Cross Examining the Insane.<br>Presented to the Contra Costa County District Attorneys' Annual Retreat<br>Napa, CA |
| October, 2000 | Emotional Distress Damages Issues. Presented at<br>The 18th Annual Meeting of Labor & Employment Law Section of the State Bar of California,<br>Berkeley, CA |
| May, 1999 | Workplace Violence and Use of Psychological Tests in Predicting  Violence.<br>Presented at American Psychiatric Association,<br>Washington, D.C. |
| May, 1998 | Assessing Threats and Violence at Home and Work:  Psychological Testing for Violence.<br>Presented at American Psychiatric Association,<br>Toronto, Ontario, Canada |
| Nov, 1997 | HMO and Physician Stress at Medical Town Hall, Provident Hospital,<br>Oakland, CA |
| June, 1997 | Why Work is Sexy.<br>Presented at San Francisco Trial Lawyers Assoc. Employment Litigation Seminar,<br>San Francisco, California. |
| Nov, 1996 | Confronting Workplace Violence as a Workers Compensation Issue.<br>Presented at International Business Forum, Fourth Annual Meeting,<br>Pasadena, California |
| June, 1996 | Expert Witness for the Personal Injury Institute.  Presented at<br>University of California Hastings College of the Law.<br>San Francisco, CA. |
| June, 1996 | Expert Participant in:  Workplace Violence:  Mental Health in the Balance.<br>Lexus Counsel Connect May 20—June 7, 1996 |
| May, 1996 | Workplace Threats and Violence.<br>Presented to the American Psychiatric Association.<br>New York, New York. |
| June, 1995 | How to Practice Safe Practice.<br>Presented to the Department of Psychiatry<br>Kaiser Hospital, Vallejo, California |

Paul S.D. Berg, Ph.D.                                                                    Page 6

| | |
|---|---|
| June, 1995 | Expert Witness for the Personal Injury Institute.<br>Presented at University of California Hastings College of the Law.<br>San Francisco, CA. |
| May 1995 | Violence in the Workplace.<br>Presented at the Conference on Minimizing Risk, Maximizing Responsibility.<br>Given to the U.S. Japan Management Seminar<br>San Francisco, CA |
| May 1995 | Violence in the Workplace.  Presented at the American Psychiatric Association.<br>Miami, Florida |
| May, 1995: | Emotional Distress Issues in Employment Litigation.<br>Presented at the Bay Area Plaintiff Employment Association,<br>San Francisco, California |
| March, 1995: | Dealing With The Monster Of Molest: Legal vs. Moral Choice In The Use Of The Insanity<br>Defense.  Presented at the Society for Personality Assessment,<br>Alanta, Georgia |
| Oct., 1994: | Psychological Aspects of Traumatic Auto Injury and Sexual Harassment.  Presented for the<br>California Trial Lawyers' Association at the Kern County Trial Lawyers' Association<br>(Bakersfield), Santa Clara County Trial Lawyers' Association (San Jose), San Francisco County<br>Trial Lawyers' Association (San Francisco), Fresno County Trial Lawyers' Association (Fresno),<br>Alameda County Trial Lawyers' Association (Oakland), Capitol City Trial Lawyers' Association<br>(Sacramento County), California. |
| May, 1994: | Sexual Harassment in the Workplace.<br>Presented at the American Psychiatric Association (APA).<br>Philadelphia, Pennsylvania |
| May, 1994 | Workplace Threats and Violence.<br>Presented at the American Psychiatric Association (APA).<br>Philadelphia, Pennsylvania |
| Aug., 1993: | Revenge in the Workplace.<br>Presented to Risk and Insurance Management Society, Inc.<br>San Francisco, California |
| June, 1993: | Workshop on Civil Trial Skills (Civil Depositions).<br>Presented at Santa Clara University, School of Law.<br>Santa Clara, California |
| May, 1993 | Sexual Harassment (Workplace).<br>Presented at the American Psychiatric Association Convention.<br>San Francisco, California |
| May, 1993: | Violent Threats.<br>Presented at the American Psychiatric Association Convention.<br>San Francisco, California |
| March, 1992: | Ten Questions You MUST Ask Your Psychological Expert.<br>Presented at San Francisco Trial Lawyers Association,  (MCLE)  San Francisco, California |
| Feb., 1991: | Witnessing.  Presented to California Association of Criminalists. , Oakland, California |

Paul S.D. Berg, Ph.D.                                                                        Page 7

| | |
|---|---|
| Dec., 1989: | Forensic Rehabilitation.  Presented to <u>National Association of Rehabilitation Professionals in the Private Sector</u>.  Grand Cayman Islands. |
| Oct., 1989: | Coping with Earthquakes for Health Professionals as Individuals and as Care Providers. Presented to <u>Planned Parenthood</u>, Alameda/San Francisco.  Oakland, California. |
| April, 1986: | The Psychological Aspects of Occupational Lung Disease. Presented to the <u>National Asbestos Group</u>.  Monterey, California. |
| April, 1986: | The "M" Word: Causes of Malingering.  Presented at the <u>North Dakota Workmens' Compensation Claims Conference</u>.  Bismarck, North Dakota. |
| Nov., 1985: | Diagnosis:  Psychosomatics and Malingerers:  Signs, Symptoms, & Tests. Presented at the <u>California Trial Lawyer's Association Annual Convention</u>. San Francisco,  California. |
| March, 1985: | The Explosion of Psychological Damages in Lawsuits. Paul S.D. Berg, Ph.D. with Judge Herbert Lasky.  Presented to the <u>Second Annual Rehabilitation Conference for FELA/Jones Act Providers</u>.  Overland Park, Kansas. |
| Jan., 1985: | Rehabilitation - Medical and Trial State of the Art. Presented at the <u>Association of Southern California Defense Counsel</u>.  Los Angeles, California. |
| Sept., 1984: | Psychologist's Contribution to the Lawyer.  Presented at <u>Hastings Law School</u>.  San Francisco, California. |
| July, 1984: | Reinjury, Malingering, and Secondary Gain.  Presented to  <u>National Association of Railroad Trial Counsel</u>. Silverado, California. |
| June, 1984: | What To Do With a Psychologist. Presented at the Annual  Conference of <u>Hanna Brophy</u>. Sacramento, California. |
| May, 1984: | Defense of Psychic Trauma Cases.  Presented at the <u>Railroad Defense Bar</u>. Pebble Beach, California. |
| April, 1984: | Emotional and Head Trauma Following Injury.  Presented  to <u>Santa Clara Trial Lawyers' Association</u>.  San Jose, California. |
| Feb.,  1984: | How to Utilize and Evaluate Psychiatric Evidence in Workers Compensation and Disability Claims.  Presented at <u>Hastings College of the Law</u>. San Francisco, California |
| Nov., 1983: | Psychology of Financial Planning.  Presented at <u>Summit Bank Conference</u>. Oakland, California. |
| June, 1983: | Psychological Disability and Police Work.  Presented at <u>Saybrook Institute</u>. San Francisco, California. |
| Feb., 1983: | Psychological Testing:  Is it an Assist or a Blind Alley for the Claims Examiner?  Presented at <u>Industrial Claims Association</u> . San Francisco, California. |
| 1982 - 1984: | The Training of Attorneys in Personal Injury Cases.  A series of lectures presented with Dr. Martin Blinder.  San Antonio, Texas; Newport Beach, California; Cincinnati, Ohio;  Tucson, Arizona;  San Francisco, California; Tiburon, California; New Orleans, Louisiana. |
| Sept., 1982: | The Psychology of Entrepreneurship.  Presented at Entrepreneurial Counseling:  The Business Aspects of a  Private Rehabilitation Practice. <u>National Rehabilitation Association</u> Annual Convention.  Anaheim, California. |

—

| April, 1982: | Psychotherapy and Law Enforcement: Issues and Techniques. Presented at University of California. San Francisco, California. |
| March, 1982: | Expert Testimony in Rehabilitation and Liability Cases. Presented at the National Association of Rehabilitation in the Private Sector. Detroit, Michigan. |
| March, 1982: | The Relationship Between Psychology and the Law; The Role of the Psychologist in Personal Injury; Criminal Responsibility: Presented at Conference on Psychology and the Law.  Presented by Forensic Science Institute of the California School of Professional Psychology. Berkeley, California. |
| 1981 - 1983: | Psychological Factors in Disability.  Series of workshops presented for the Social Security Administration, Region IX.  San Francisco, California. |
| Oct., 1980: | Psychological Impairments.  Lecture to National Association of Social Security Claimants' Representatives, San Francisco, California. |

## Publications and Major Research

McKinzey, R.K., Berg, P.S.D., and Hartlove, D. F.  A Case Study of Dense Auto-biographical Amnesia with Normal Neuropsychological Test Results. Submitted for Publication.

Berg, P.S.D. and Berg, J.  Industraphobia:  A Psycho/Legal/Vocational Perspective. In:  The Journal of Forensic Vocational Assessment.  June, 1998. Vol. 1, No. 2. 41-50.

Berg, P.S.D.  The Great Communicators:  Lawyers and Experts. In:  The Testifying Expert.  May, 1998. Vol. 6, Issue 5.

Winer, J. and Berg, P.S.D.  Emotional distress in wrongful termination cases.  CAOC Annual Convention syllabus. November 1995.

Psychological Aspects of Traumatic Auto Injury and Sexual Harassment in: Psychological Injury/Closed Head Injury. California Litigation Techniques, California Trial Lawyers' Association, 1994.

Psychological Injury:  Psychological Occupational Disease.  Forum. California Trial Lawyers Association.  Jan/Feb. 1985.

Psychological Evaluation and the Law.  In: Psychiatry in the Everyday Practice of Law. Chapter 16.  Bancroft Whitney, New York, 1984.

Psychological Factors in the Architectural Design of the Detention Facilities.  In Contra Costa County Detention Facility, draft of Environmental Impact Report. February, 1977.

Silverman J., Berg, P.S.D., and Kantor, R. Some perceptual correlates of institutionalization.  J. Nerv. Ment. Dis., 1966, 141,  651-657.

Berg, P.S.D., and Tyler R.R. A bibliography of violent and aggressive  behavior (1903 - 1960), California Department of Corrections, Research Report No. 16, May 1965.

Berg, P.S.D., and Toch, H.H. Neurotic and impulsive inmates: a study of their personality and perception.  Journal of Criminal Law, Criminology and Police Science, 1964, 55, 230-234.

Pearl, D., and Berg, P.S.D.  Time perception and conflict arousal in schizophrenia. J. Abn. Soc. Psychol., 1963, 66, 332-338.

Neurotic and Psychopathic Criminals: Some measures of ego-syntonicity, impulse socialization and perceptual consistency. Unpublished Doctoral Thesis, Michigan State University, 1963.

Paul S.D. Berg, Ph.D.                                                              Page 9

Construction of a Sentence Completion Test to Measure the Need for Affiliation. <u>Unpublished Master's Thesis,</u> Michigan State University, 1959.

## **Organizations**

American Psychological Association

California Psychological Association

Alameda County Psychological Association (past President)

American Law-Psychology Society

## **Honors & Awards**

Member Beta Gamma Sigma (Phi Beta Kappa equivalent)

Cum Laude degree B.B.A.

Gardner Murphy Award in Psychology, City College of New York, 1957

Highest Proficiency Medal for Psychology, 1957

**Trial Testimony/Depositions**
**Paul S. D. Berg, Ph.D.**
**400 - 29th Street**
**Suite 315**
**Oakland, CA  94609**
**(510) 893-3413**

---

January 12, 1994 People v. Royal Clark, Fresno County
January 13, 1994 Maniketti civil case in Alameda County
January 28, 1994 People v. Royal Clark, Fresno County
March 17, 1994 Hender and Robinson v. Taylor civil trial Contra Costa County
March 21, 1994 People v. Thomas Kelly Humboldt County
March 28, 1994 Jennifer Knowland, deposition San Francisco County
April 4, 1994 People v. Terrell Reed, Fresno County
April 14, 1994 Roy Avila deposition Santa Clara County
April 28, 1994 People v. Jimenez San Mateo County
April 29, 1994, May 3, 1994, May 19, 1994 Patricia H. v. Berkeley Unified School District deposition Alameda County
May 11, 1994 Silveira v. PGE deposition Alameda County
May 16, 1994 Oxenrider v. British Petroleum deposition Alaska
May 18, 1994 Winters v. British Petroleum deposition Alaska
June 17, 1994 Danette Coombs, deposition Humboldt County
June 23, 1994 People v. McLaughlin Humboldt County Superior Court
July 26, 1994, July 30, 1994 Reuben Perez deposition San Francisco County
August 4, 1994 People v. Stacey Lee Alameda County
August 15, 1994 Ernestine Gonzales v. HFC Alameda County
September 30, 1994 State Bar v. Richard Bullock San Francisco State Bar Hearing
October 21, 1994 Claire Lawrence deposition Los Angeles County
October 28, 1994 Susan Miller arbitration Santa Clara County
November 3, 1994 Robert Pisani deposition Alameda County
November 16, 1994, November 21, 1994 Tony Whitten San Francisco Superior Court
November 22, 1994 Robert Scott v. CSAA Santa Clara County
December 13, 1994 People v. Keith Carlen, Alameda County Superior Court
December 15, 1994 David Green deposition Humboldt County
December 16, 1994 Toni Schwarz  testimony Santa Clara County Superior Court
December 28, 1995 Johnson v. West Coast Video  deposition San Mateo County
January 13, 1995 Aguilar v. Seiko deposition Santa Clara County
January 17, 1995 Jeff Carelton Santa Clara County Superior Court
January 25, 1995 Jason Holst Ketchikian Superior Court
January 26, 1995 Nancy Ortega Alameda County Superior Court
January 31, 1995 People v. Currie Lake County Superior Court
April 4, 1995 Alley v. ILWU deposition San Francisco Federal Court
May 3, 1995 Rist v. MAB testimony Humboldt County Superior Court
May 4, 1995 Miller v. Paxton deposition Santa Clara County Superior Court
May 5, 1995 Perez v. Landsinger San Francisco Bankruptcy Court
May 8, 1995 Feder v. Scarborough deposition Sonoma County Court

May 17, 1995 Shepard v. Bining et al. deposition Alameda County
May 31, 1995 Hazlitt v. Hines deposition Alameda County
June 5, 1995 People v. Stacey Lee trial Alameda County
June 9, 1995 Figenshu v. CHP deposition Alameda County
July 26, 1995 Moreno, Sylvia trial Santa Clara County
August 2, 1995 Poindexter v. Vickery deposition Alameda County
August 9, 1995 People v. Early  trial Alameda County Superior Court
August 9, 1995 Moore v. P G & E. deposition San Francisco, CA
August 10, 1995 Poindexter v. Vickery deposition Alameda County
August 22, 1995 People v. Hennessey trial Santa Clara County
August 31, 1995 McIntosh v. B of A deposition San Francisco, CA
September 15, 1995 Mancini v. Farmers Insurance deposition Alameda County
September 25, 1995 Hooste trial Sacramento, California
September 28, 1995 People v. Leland Smith trial Lake County
October 3, 1995 People v. Leland Smith trial Lake County
October 9. 1995 Randall Eng v. State of California deposition San Francisco, CA
November 8, 1995 People v. Donald Harms trial Martinez, CA
November 10, 1995 deposition Jacks v. Radnet Alameda County
November 16, 1995 testimony State Bar v. Walter Lewis San Francisco State Bar Hearing
November 28, 1995 People v. Klee Orthel testimony Humboldt County
December 4, 1995 mediation Kai D. Copp San Francisco, CA.
December 5, 1995 People v. Dennis Bye testimony Mariposa County
January 5, 1996 Stewart v. Pacific Envelope deposition San Francisco, CA.
January 8, 1996 Mazilli v. Lanning deposition Alameda County
January 17, 1996 and January 18, 1996 Schepmann v. Holiday Inn Testimony Alameda County
January 22, 1996 Mazilli v. Lanning trial Santa Clara County County
January 30, 1996 People v. Christopher Gilson trial Santa Clara County
February 2, 1996 Berlind deposition Alameda County
February 9, 1996 Bartalini v. Winterland deposition San Francisco, Ca.
February 16, 1996 People v. Fountain trial Martinez, CA
February 20, 1996 Bibak v. LaVerne Pinkham deposition San Francisco, CA.
February 21, 1996 Bartalini v. Winterland trial San Francisco, CA
February 29, 1996 Alan Feller deposition San Mateo, CA
February 29, 1996 People v.  Susan Linck trial Contra Costa County
March 5, 1996 Lorraine Davis deposition Alameda County, California
March 13, 1996 Comstock v. Lehigh deposition Sacramento, CA
March 15, 1996 Thompson v. Atlas deposition San Francisco, CA
March 19, 1996 Lorraine Davis trial Martinez, CA
March 22, 1996 deposition Hotaling v. PIRE  Alameda County, CA
March 26, 1996 testimony Alley v. ILWU, Trial in Federal Court, Oakland
March 29, 1996  deposition Figenshu v. C.H.P., Los Angeles County, CA
April 29, 1996 Deposition Kellerman v.C.H.P. Sonoma County, CA
April 30, 1996 Deposition of Carter v. Oakland Unified School District, Oakland
May 1, 1996 Deposition Jo Vaughn v. Sutter Ctr. for Psychiatry, Sacramento, CA
May 2, 1996 and October 10, 1996 Deposition Selbert v. Price/Costco, Sonoma City, CA
May 20, 1996 testimony Figenshu v. CHP, Santa Monica, CA
May 22, 1996 Deposition Rhonda Davis v. Jacobs, et al. Oakland, CA.

May 23, 1996 Deposition Tony Pohl v. Costello, San Francisco, CA.
May 23, 1996 testimony People v. Erica Ealey, Juvenile Court, San Jose, CA
May 29, 1996 testimony Kellerman v. CHP, Federal Court, Oakland, CA
June 7, 1996 testimony People v. Erica Ealey, Juvenile Court, San Jose, CA
June 13, 1996 Deposition Evelyn Minjares, Oakland, CA
July 17, 1996 Deposition Jo'An Kleckner v. United Airlines, San Francisco, CA
July 25, 1996 testimony Thammauongsa, K v. Hogue, San Francisco, CA
August 6, 1996 Deposition Caren Molsberry, Oakland, CA
August 8, 1996 Deposition Pedro Dionisio, San Francisco, CA
August 14, 1996 Deposition Rhonda Davis (arbitration), Walnut Creek, CA
August 28, 1996 Deposition (Continuation) Caren Molsberry, Oakland, CA
September 17, 1996 Testimony People v. James Kalin, Santa Clara, CA
September 18, 1996 Deposition Ware/Dominquez, Oakland CA
September 20, 1996 Deposition Patricia Kelly, Oakland, CA
October 3-4, 1996 Testimony People v. Michael Pearson, Martinez, CA
October 22-23, 1996 Deposition Salcido Family, Oakland, CA
October 24, 1996, Deposition, Rosetta Willis, Oakland, CA
October 29, 1996, Deposition, Sonya Schwab, Oakland, CA
November 5, 1996 Testimony, Unree Harrell, Superior Court, Oakland CA
November 21, 1996 Deposition, Finley, et al, Oakland, CA
December 9, 1996, Deposition, Kinann, Talitha, Oakland, CA
December 12, 1996, Testimony, Curtis German, Lake County, CA
December 16, 1996, and Continuation (of above)
December 27, 1996, Deposition, Weiss v. Metropolitan Life, Oakland CA
  and April 2, 1997
January 3, 1997 Deposition, Braun, Odelia v. San Francisco FD, Oakland CA
January 7, 1997 Testimony, Michael Casaucau, Sacramento, CA
January 8, 1997 Testimony, People v. Ondre Gwinn, Fairfield, CA
February 12, 1997, Deposition, Hawkins, Dennis v. West Marine, Oakland
February 17, 1997 Arbitration Testimony, Veasey v. Kaiser Hospital, Oakland, CA
February 28, 1997 Deposition, V. Geller v. St. Mary's College, Oakland CA
March 4, 1997 Testimony, Dennis Hawkins v. Marine Products Corp., Santa Cruz, CA
March 11, 1997 Deposition, Bravos v. Pillsbury, Oakland CA
March 14, 1997 Testimony, Braun v. City/County SF, San Francisco, CA
March 20, 1997 Deposition, A. Eliahu v.  Gregory J. Corwin, Oakland, CA
March 27, 1997 Testimony, People v. Jenni Dean, Fresno, CA
March 31, 1997 Deposition, Steffan v. Scaparotti, Walnut Creek, CA
April 15, 1997 Deposition, Tritchler v. County of Lake, San Francisco, CA
April 17, 1997 Deposition, Michael S. Berberena, Oakland, CA
April 29, 1997 Testimony, People v. Jeff Bartee, San Jose, CA
April 30, 1997 Testimony, Weiss v. Metropolitan Life, Martinez, CA
May 5, 1997, Deposition, Thomas Cochran v. TPMG, Novato, CA
May 6, 1997 Testimony, Steven Woesthoff Hearing, San Jose, CA
May 8, 1997 Deposition, Asha Mansinghka v. J. Brodsky, Oakland, CA
May 11, 1997 Deposition, Kathy Bell v. Dalkon Sheild, Oakland, CA
May 12, 1997 Testimony, People v. Louis Coleman, Merced, CA
May 13, 1997 Testimony, Kathy Bell v. Dalkon Shield, Oakland, CA

May 14, 1997, Deposition, Jennifer Karpowich v. Moss Beach Distillery, Oakland CA

May 16, 1997, Deposition (Cont.), Asha Mansinghka v. J. Brodsky, Oakland, CA

May 29, 1997, Deposition, Pappageorge v. Gilligan, Oakland, CA

May 30, 1997 Deposition, (Cont.), Asha Mansinghka v. J. Brodsky, Oakland, CA

June 2, 1997, Deposition (Cont.),Thomas Cochran v. TPMG, Oakland, CA

June 5, 1997 Testimony, Hearing for Gwen Bittan, Oakland, CA

June 17, 1997 Deposition John Burns, Oakland, Ca

June 18, 1997 Testimony, Casaucau v. Thomas, Fairfield, CA

June 26, 1997 Deposition, Witharm v. City of Milpitas (Ruth Revelier), Oakland, CA

June 30, 1997 Testimony - Berberena Fee dispute, Marvin Lewis, Esquire v. Stanley Hilton, Esquire, JAMS-Endispute, San Francisco, CA

July 2, 1997 Testimony - People v. Christopher Murray, Hayward, CA

July 7, 1997 Testimony A. Mansinghka v. J. Brodsky, San Francisco, CA

July 8, 1997 Deposition, Witharm v. City of Milpitas (Cont. - Ruth Revelier), Oakland, CA

July 16, 1997 Testimony, Sherri Warner v. Dr. Bruno Ristow, San Francisco, CA

July 18, 1997 Deposition, Risa Coates v. Mouriski, Oakland, CA

July 21, 1997 Deposition, Martino v. Bonsteel, Oakland, CA

July 22, 1997 Testimony, Stephen Woesthoff Hearing, San Jose, CA

July 24, 1997 Deposition, Witharm v. City of Milpitas (Cont. - R. Witharm), Oakland, CA

August 27, 1997 Continued Testimony, Hearing for Gwen Bittan, Oakland, CA

September 3, 1997 Deposition, Llacuna v. State of CA, San Francisco, CA

September 10, 1997 Deposition, Donna Martinez v. Houston, Oakland, CA

September 15, 1997, Testimony, People v. Dwayne Bartsch, Oakland, CA

Septeber 19, 1997, Deposition, Larry Smith v. State of CA, Oakland, CA

September 22, 1997, Testimony, Caren Molsberry v. Yamaha Motor
                    Corporation, Clear Lake, CA

October 2, 1997, Deposition, G. David Ganter v. Margaret M. Thompson, Los Gatos, CA

October 4, 1997, Deposition, Larry Smith v. State of CA, Oakland, CA

October 9, 1997, Deposition, Shirley Walker v. Valley Vintners, et al, San Francisco, CA

October 13, 1997, Deposition, Kelly Morgan v. State of CA, Oakland, CA

October 15, 1997 Testimony, Donna Martinez v. Houston, San Jose, CA

October 30, 1997 Deposition, John Merola v. Homestake Mines, Oakland CA

November 12, 1997 Deposition, Maria Kaul v. Orion Systems, Oakland, CA

November 24, 1997, Deposition, Maniecki v. Sequoia Equities, dba
                    Greenwood Apts., Oakland, CA

November 26, 1997, Testimony, Carrie Tritchler v. County of Lake, San Francisco, CA

December 3, 1997, Deposition, Christina Valles v. Advent Group, Oakland, CA

December 10, 1997, Testimony, People v. Gerrell Collins, Martinez, CA

December 12, 1997, Testimony, Ornella Ospital v. Cala Foods, et al, San Francisco, CA

January 12, 1998, Deposition, Helen Burns v, Sobieszczanski, Oakland, CA

January 13, 1998, Deposition, (Cont.) Martino v. Bonsteel, Oakland, CA

January 16, 1998, Testimony, Stephen Grossman v. Sharon Snyder Eastman and Kaiser
                    Foundation, et al, San Francisco, CA

January 20, 1998, Deposition Calby/Saldivar v. City of Mountain View, San Francisco, CA

January 21, 1998, Deposition Bettye Connor v. Chen, Oakland, CA

January 22, 1998, Deposition Kevin Hernandez v. R.W. Thayer, Oakland, CA

January 26, 1998, Deposition Kelly, et al v. Chapman, Oakland, CA

February 3, 1998, Testimony, Martino v. Bonsteel, San Jose, CA

February 4, 1998, Testimony, Burns v. Sobieszczanski, Walnut Creek, CA

February 17, 1998, Testimony, Sharon McHale v. County of Sacramento, Sacramento, CA

February 25, 1998, Deposition, Rita Stanley v. County of Amador and
                Steven Cilenti, Oakland, CA

March 5, 1998, and March 24, 1998 Deposition, Stephen Grossmann v.
                Kaiser, et al, Oakland, CA

March 12, 1998, Deposition, Glen Dickinson v Rubins, et al , Oakland, CA

March 17, 1998, Testimony, Rita Stanley v. County of Amador and Steven Cilenti, Oakland, CA

March 31, 1998, Testimony, Maria Kaul v. Orion Systems, San Francisco, CA

April 9, 1998, Deposition, Myrna Benefiel v. CNA, et al, San Francisco, CA

April 29, 1998, Testimony, Sharon Pulley v. Kemp, San Francisco, CA

May, 1, 1998, Deposition, Gullo v. Jubilee Christian Center, Oakland, CA

May 14, 1998, Deposition, Meill v. Grant, San Francisco, CA

May 28, 1998, Deposition, McLaughlin v. Interiors & Textiles, San Jose, CA

June 4, 1998, Testimony, People v. Kenneth Coyne, Eureka, CA

June 5, 1998, Deposition, Michael Hague v. CA Brake & Clutch, Oakland, CA

June 15, 1998, Testimony, Grossmann/Faust v. Eastman, San Francisco, CA

June 16, 1998, Deposition, Mohseni v. Fuller, Oakland, CA

June 30, 1998, Testimony,  People v. Dean Edward Wilson, Martinez, CA

July 13, 1998, Testimony, Mohseni v. Fuller, Hayward, CA

July 14, 1998, Testimony, Hague v. CA Brake & Clutch, Oakland, CA

July 23, 1998, Testimony, People v. Kevin Wells, Vallejo, CA

July 30, 1998, Testimony, Mennig v. Robert Casanas, M.D., Merced, CA

August 5, 1998, Deposition, Bedford v. Kaiser, Oakland, CA

August 12, 1998, Testimony, People v. Chhay Chea, Oakland, CA

August 18, 1998, Testimony, Lawrence v TRW, San Diego, CA

August 31. 1998, Deposition, Jessie & Dennis Houtz v. Mee Memorial  Hospital, Oakland, CA

September 2, 1998, Deposition Meroe Hamzeh v. Estate of G. Y. Ystrom, Oakland, CA

September 8, 1998, Deposition, Gilbert Toby v. Oakland, CA

September 11, 1998, Testimony, Bedford v. Kaiser, Oakland, CA

October 2, 1998, Deposition, Virginia Marques v. Bank of America, San Francisco, CA

October 6, 1998, Deposition, Ryan Carrihill v. City of Oakland, Oakland, CA

October 13, 1998, Deposition, Abner Morgan v. Amtrak, et al, Oakland, CA

October 16, 1998, Deposition (CONT), Virginia Marques v. Bank of America,

October 17, 1998, Deposition (CONT), Abner Morgan v. Amtrak, et al, Oakland, CA

October 30, 1998, Testimony, Virginia Marques v. Bank of America,
                Federal Court, San Francisco, CA

October 30, 1998, Deposition, Clifton Welch v. Beard, et al, Oakland, CA

November 2, 1998, Testimony, People v. Maria Soto, Redwood City, CA

November 3, 1998, Ellen Morrison v. OMI, et al, Oakland, CA

November 10, 1998, Testimony, Morgan v. Amtrak, et al, Federal Court, San Francisco, CA

November 16, 17, 1998, Deposition, Gayla Barger v. IMSI, Oakland, CA

November 23, 1998, Testimony, Carrihill v. City of Oakland, Alameda County, Oakland, CA
      November 23, 1998, Deposition, Gigiello v. Maria Eugenia Rason, Mayflower
            Contract Services, Inc., Laidlaw Transit, Inc., Oakland, CA

November 24, 1998, Testimony, Glen Dickenson v. Rubins/Mosher,
        Humboldt County Superior Court, Eureka, CA
November 25, 1998, Deposition, Lavelle Wills v. Marshall Stuart, et al, Oakland, CA

January 7, 1999, Deposition Kristie Youngblood v. Phillip Morris, USA, et al, Oakland, CA
January 15, 1999, Deposition, V. Silveira v. Malick, Oakland, CA
January 22, 1999, Desposition, Wasacz v. Wasacz, Oakland, CA
January 29, 1999, Testimony, Wasacz v. Wasacz, San Francisco, CA
February 11, 1999, Deposition, Michael Carter v. UpRight, et al, Oakland, CA
February 15, 1999, Deposition, Calvin Lester v. Fed Ex, et al, Oakland, CA
February 17, 1999, Deposition, Mark O'Connor v. Stebbins, Oakland, CA
February 18, 1999, Deposition, Toby Erickson v. Local Touch, Oakland, CA
March 11, 1999, Deposition, Wayne Findley v. Farmers, et al, Fresno, CA
March 12, 1999, Testimony, Wasacz v. Wasacz, San Francisco, CA
March 18, 1999, Deposition, Lavelle Wills, Oakland, CA
March 24, 1999, Deposition, Sigfred Drew, Oakland, CA
April 7, 1999, Deposition, Anthony Pretlow v. Home Depot, et al., Oakland, CA
April 14, 1999, Deposition, Sheldon/Jill Carter v. State Farm, Oakland, CA
April 15, 1999, Deposition, Betty Pi v. IBM, et al, San Francisco, CA
April 20, 1999, Testimony,  People v. Dean Edward Wilson, Martinez, CA
April 21, 1999, Testimony, Ellen Morrison v.  OMI, et al, Santa Clara, CA
April 27, 1999, Testimony, Wayne Findley v. Farmers, et al, Fresno, CA
April 30, 1999, Deposition, Betty Pi v. IBM, et al, San Francisco
May 13, 1999 and
May 26, 1999, Deposition, Brenda Bebensee-Wong v. AccuBank, et al., Oakland, CA
June 7, 1999, Deposition, Dixon Collins/Skylonda v. CIGNA, et al, Oakland, CA
July 6, 1999, Deposition, Tony Mares, Oakland, CA
July 9, 1999, Testimony, People v. Raul Alcazar, Clear Lake, CA
July 15, 1999, Testimony, People v. Chris Moore, San Jose, CA
July 19, 1999, Deposition, Errol Dempster v. City & County of San Francisco, Oakland, CA
July 21, 1999 and
July 23, 1999 Testimony, People v. Charles Craft, Clear Lake, CA
July 22, 1999, Deposition, Michelle Chargualaf v. City of Vallejo Police
        Department, et al, Oakland, CA
July 26, 1999, Testimony, RE:  Estate of Violette Houssein, Anchorage, Alaska
August 2, 1999, Testimony, People v. Dean Edward Wilson, Contra Costa County
August 3, 1999, Testimony, Errol Dempster v. City & County of San
        Francisco, San Francisco, CA
August 4, 1999, Deposition, Pesce v. CA Department of Corrections, Mill Valley, CA
August 9, 1999, Deposition, Schwartzkopf v. State of CA, Oakland, CA
August 16, 1999 Testimony, People v. Keith Lewis, Oakland, CA
        And August 17, 1999, and August 18, 1999
August 25, 1999 Testimony, Schwartzkopf v. State of CA, Oakland, CA
September 2, 1999, Deposition, Ellerhorst, et al v. GM Motors, et al, San Francisco, CA
September 8, 1999, Deposition, Dorothy Rico v. Burns Concrete, Oakland, CA
September 14, 1999, Deposition, Craig Donville v. City of Morro Bay, et al,
        San Francisco, CA

September 15, 1999, Deposition, Janice Thompson v. Oakland, CA
September 23, 1999, Trial, People v. David Smith, San Jose, CA
October 12, 1999, Deposition, John Werner v. Home Depot, San Francisco, CA
October 20, 1999, Deposition, Norma DeJesus v. Contra Costa County, Walnut Creek, CA
October 21, 1999, Deposition, Carlos Pedraza v. City of San Jose, et al, San Jose, CA
November 12, 1999, Trial, Pesce v. CA Department of Corrections, Jackson, CA
November 15, 1999, Trial, Norma DeJesus v. CCC, Martinez, CA
November 16, 1999, Deposition, Tony Leong v. Chan, Oakland, CA
December 8, 1999, Trial, Carlos Pedraza v. City of San Jose, San Jose, CA
December 13, 1999, Testimony, People v. Dean Edward Wilson, Contra Costa County
December 14, 1999, Testimony, Rankus v. Rankus, San Jose, CA
December 27, 28,1999, Testimony, People v. Dean Edward Wilson, Contra Costa County
January 19, 2000, Testimony, Brenda Bebensee-Wong v. AccuBank, et al., Martinez, CA
February 11, 2000, Testimony, Larry Smith v. State of CA, Oakland, CA
February 16, 2000, Deposition, Theresa Brouillet v. Dr. Edward Walters, San Francisco, CA
February 29, 2000, Deposition, Yousif Younan v. Walgreens, et al, San Francisco, CA
March 16, 2000, Deposition, Mylike Beverly v. OUSD, Oakland, CA
March 22, 2000, Deposition, Draper v. City/County of San Francisco, San Francisco, CA
March 28, 2000, Testimony, Sean Gutierrez v. County of Sacramento, Sacramento, CA
April 5, 2000, Deposition, Michael West v. CSAA, et al, San Francisco, CA
April 12, 2000, Testimony, Ebony Gray v. City S.F. (Draper), San Francisco, CA
May 3, 2000, Testimony, Laura Minick v. Shawn Joyce, US District, Sacramento, CA
May 26, 2000, Testimony, People v. Ary, Contra Costa County, CA
June 5, 2000, Testimony, Y. Younan v. K-Mart, Santa Clara Superior, San Jose, CA
June 19, 2000, Testimony, People v. Paul Hurth, Fresno, CA
July 6, 2000, Deposition, Jose Arnold Garcia, minor *by/through Guardian*
    *Ad Litem,* Leticia Mejia v. San Francisco Zoological Society, Charles L. Stifflemire,
    and DOES 1-25, inclusive
July 28, 2000, Deposition, Doe v. Roe, Oakland, CA
August 5, 2000, Deposition, Benjamin Alverez v. Stone-Cheney Construction
    Company, Inc., et al, Oakland, CA
August 16, 2000, Deposition, Joseph Tabayoyon v. City of Greenfield and        Leonard
Dart, John Alves, et al, Oakland, CA
October 16, 2000 Deposition, Maria Brouillard v. William Brantley, Ann
    Clark, et al, Oakland, CA
October 26, 2000,  Deposition, Belvin Smith v. State of CA Dept.
    Transportation, Oakland, CA
November 10, 2000, Deposition, Nicole Jones v. Pioneer Express, Inc., Alameda, CA
November 13, 2000, Deposition, Rudy Espinoza v. D.H. Smith Company, Oakland, CA
November 16, 2000, Deposition, Jeffrey & Cheryl Kinzell v. Discovery
    Drilling, Inc. and Hart Crowser, Inc., Oakland, CA
December 1, 2000, Deposition, Anthony Cash/Daniel Schwind v. Chevron
    Corporation, et al., Walnut Creek, CA
December 5, 2000, Deposition, Nancy Dwyer v. LeaAnne Owen, et al., Oakland, CA
December 28, 2000, Deposition, Paul St. Elias, America's Funding Source
    v. Apec Construction, et.al., San Jose, CA
January 12,2001, Deposition, Nancy Dwyer v. LeaAnne Owen, et al., Oakland, CA

January 17,2001, Deposition, Tonya Russell v. Clayton Collins, City of Oakland, et al., Oakland, CA

January 29, 2001, Deposition, Albert Richardson v. Talco, Inc., et al., Oakland, CA

February 12, 2001, Deposition, David Box, et al. v. Barbara D. Cella, et al., Oakland, CA

February 14, 2001, Testimony, Jennifer Dean v. Rapid Graphics, San Francisco, CA

February 22, 2001, Testimony, Jeanette Ritchie v. Abenir Restaurant Group, et al., San Francisco, CA

February 23, 2001, Deposition, Betty Tate, et al. v. Palmer D. Whitted, et al., Oakland, CA

March 8, 2001, Testimony, Cooper v. Cooper, Santa Cruz, CA

March 15, 2001, Testimony, Kinzel v. Discovery Drilling, Anchorage, AK

March 21, 2001, Testimony, Nancy Dwyer v. Lea Anne Owen, et al., Eureka, CA

March 22, 2001, Testimony, Betty Tate, et al. v. Palmer D. Whitted, et al., Oakland, CA

April 10, 2001, Testimony, Anthony Cash v. Chevron Corporation, et al., San Francisco Federal Court, CA

April 11, 2001, Testimony, Yvette Munoz Amaya Lenonor v. City of Union City, et al, Hayward, CA

April 13, 2001, Testimony, Byron Sanders Superior Court of California, County of Solano, Fairfield, CA

April 13, 2001, Deposition, Rickie Carter v. Walgreen. San Francisco, CA

May 1, 2001, Testimony, People v. Sanders, Superior Court of California, Cty. of Alameda, CA

June 25, 2001, Deposition, Michael Wood v. Eberhart, Oakland, CA

July 19th, 2001, Testimony, People v. Lauwers, Sunnyvale, CA

August 27, 2001, Deposition, Baraket v. Marcus, Palo Alto, CA

September 13, 2001, Deposition, Greene v. Capital, Sacramento, CA

September 20, 2001, Deposition, Tritchler v. Lake County, Santa Rosa, CA

September 21, 2001, Deposition, Mackey, et al v. CDC, et al, Oakland, CA

September 27, 2001, Deposition, Satre v. Contreras, Oakland, CA

October 1, 2001, Deposition, Frei v. Tucson Diocese, Tucson, AZ

October 4, 2001, Testimony, Clifford Keys v. Superior Court of California, Cty. of Alameda CA

October 16, 2001, Deposition, French v. California Capital Casualty, Oakland, CA

October 17, 2001, Testimony, People v. Hung Le, San Jose, CA

October 19, 2001, Deposition, Ball v. St Joseph Hospital et al, San Francisco, CA

October 26, 2001, Deposition, Postolovskaya v. Silversea Cruises, Ltd, Oakland, CA

November 16, 2001, Deposition, Decker v. Fire Insurance Exchange, Oakland, CA

December 3, 2001, Deposition, Kotla v. Regents of California, Oakland, CA

December 5, 2001, Testimony, People v. Derrick Lovings, Oakland, CA

December 11, 2001, Testimony, Tritchler v. Lake County, San Francisco, CA

January 2, 2002, Deposition, Medford v. Williams , Oakland, CA

January 3, 2002, Deposition, Findley v Farmer's Insurance , Fresno, CA

January 4, 2002, Deposition, Segura v. IKON, San Francisco, CA

January 18, 2002, Testimony, People v. Fisher , Lake County, CA

January 28, 2002, Deposition, Jacobini v. Union Pacific Railroad Company, et al, Oakland, CA

February 6, 2002, Testimony, Segura v. IKON, San Francisco, CA

February 7, 2002, Testimony, Kotla v. Regents of California, Hayward, CA

February 19,2002, Testimony, Findley v. Farmers Insurance Agency, Fresno, CA

February 22, 2002, Deposition, Arvanaghi v. Franklin, San Francisco, CA

March 4, 2002, Deposition, Justet v. United Airlines, San Francisco, CA

March 7, 2002, Testimony, People v. Hunter, Hayward, CA
March 21, 2002, Testimony, People v. Powell, Oakland, CA
April 12, 2002, Testimony, People v. Fisher, Lake County, CA
April 22, 2002, Testimony, Gustafson v. Monterey County, Monterey, CA
May 1, 2001, Deposition, Carter v. Walgreens Drug Co., San Francisco, CA
May 14,16, 2002, Testimony, Justet v. United Airlines, San Francisco, CA
May 20, 2002, Testimony, Arvanaghi v. Franklin Templeton, Sacramento, CA
May 23, 2002, Deposition,  Della-Zoppa v Della Zoppa, Alamo, CA.
June 4, 2002, Deposition, Cooper v. Travelers Property Casualty Insurance Co., Oakland, CA.
June 20, 2002, Deposition, Hilton v. the United States of America, San Francisco, CA
June 24, 2002 Testimony, Decker v. Fire Insurance Exchange, San Jose, CA
July 10, 2002 Testimony, People v. Gallea, Oakland, CA
July 12, 2002 Deposition, Richter v. United Rentals, Oakland, CA
July 25, 2002 Deposition Clanton v. Carr, Eureka, CA
August 1, 2002, Deposition Casil v. Mason Trucking, San Francisco, CA
August 14, 2002, Testimony Kieuturakis v. Kieuturakis, San Mateo, CA
August 22, 2002, Deposition Sulpizio v. Levitz, San Francisco, CA
September 4, 2002, Deposition Nishimoto vs. UPS, Oakland, CA
September 11, 2002, Testimony Cooper vs. Travelers, Federal Court, San Francisco, CA
September 20 & 24, 2002, Testimony, Sulpizio vs. Levitz, San Mateo, CA.
October 22, 2002, Deposition, Mascarenas vs. Kaiser, San Francisco, CA
October 31, 2002, Deposition, Woo vs. Totman, M.D., San Francisco, CA
November 1, 2002, Arbitration, Chin v. Cigna Insurance, San Francisco
November 18, 2002, Deposition, Holm vs. Mervyns, San Francisco, CA
November 23, 2002, Deposition, Ghattas vs. Rothenberg, Oakland, CA
November 25, 2002, Arbitration, Riego v. Farmer's Insurance Exchange, Berkeley, CA
December 12, 2002, Deposition  Passeri v. Pacific Life Insurance, San Francisco, CA
January 2, 2003, Deposition, Weldon v. Woolridge, San Francisco, CA
January 6, 2003, Deposition, Carter v. Burke & Pace, San Luis Obispo County, CA
January 8, 2003, Deposition, Conlan v. Conlan, San Jose, CA
January 9, 2003, Deposition, Rothman v. Astra, Oakland, CA
January 9, 2003, Testimony, Weldon v. Woolridge, San Francisco Superior, CA
January 10, 2003, Deposition, Gaines v. Lockheed Martin, San Francisco, CA
February 6, 2003, Deposition, Orr v. Safeway, San Francisco, CA
February 7, 2003, Deposition, Williams v. Dean Foods, Walnut Creek, CA
February 25, 2003 Deposition, People v. Holmes, Fresno, CA
February 26, 2003, Deposition, Passeri v. Pacific Life, et al., San Francisco, CA
March 18, 2003, Testimony, Clanton  v. Carr, Eureka, CA
March 19, 2003, Testimony, Clanton v. Carr, Eureka, CA
March 21, 2003, Deposition, Haddock/Rousseau v. Rite Aid, et al., Oakland, CA
March 27, 2003, Testimony, People v. Rios, Santa Cruz, CA
April 1, 2003, Testimony, People v. Rios, Santa Cruz, CA
April 4, 2003, Testimony, Nelson v. Kemper, et al., Sacramento, CA
April 16, 2003, Testimony, Hogsett v. Petersen, et al., Santa Clara, CA
April 29, 2003, Deposition, Orr v. Safeway, et al. , San Francisco, CA
May 7, 2003, Testimony, The People v. Strother, Quincy, CA
May 14, 2003, Deposition, Murray v. Our Family, et al., Oakland, CA

May 15, 2003, Deposition, Toran v. Jones, et al., San Francisco, CA
May 22, 2003, Deposition, Leone v. Nguyen, et al., Oakland, CA
May 28, 2003, Deposition, Vicente v. Lucamerica Foods, et al., San Jose, CA.
May 28, 2003, Testimony, Toran v. Jones, et al., San Francisco, CA
June 2, 2003, Testimony, People v. Preston, Napa, CA
August 27, 2003, Testimony, Baxter v. Wilson Kratzer Mortuaries, Martinez, CA
September 18, 2003, Deposition, Pham v. BioMedical Applications, et al., Palo Alto, CA
October 10, 2003, Deposition, Rodrigues v. Weaver, et al. , Oakland, CA
October 15, 2003, Deposition, Bogdanowicz v.. Diocese, et al.., Oakland, CA
November 6, 2003, Deposition, Tolley v. Richards, M.D.,Oakland, CA
November 17, 2003, Testimony, French v. California Casualty Co., Martinez, CA
November 24, 2003, Deposition, Backes v. American Standard, Inc., Oakland, CA
December 2, 2003, Testimony, People v. Cardenas, Santa Cruz, CA
December 11, 2003, Deposition, Roe v. Mountain View Academy, et al., Oakland, CA
December 18, 2003, Testimony, Foster v. KNTV, San Jose, CA
December 22, 2003, Deposition, Hovland v. S.F. Parking, Inc., Oakland, CA
December 23, 2003, Deposition, Henry v. Daytop Village, et al., Oakland, CA
January 9, 2004, Deposition, Wong v. Balestrieri, et al., Oakland, CA
January 29, 2004, Deposition, Zalkovsky v. The City & County of San Francisco, Oakland, CA
February 9, 2004, Testimony, People v. Grayson, Martinez, CA
February 12, 2004, Deposition, Harris v. San Pablo Economy, et al., Oakland, CA
February 18, 2004, Deposition, Fedele v. Sandoval, et al, Oakland, CA
February 24, 2004, Deposition, Zalkovsky v. The City & County of San Francisco, CA
February 25, 2004, Deposition Gill v. Tamalpis Union School, Oakland, CA
March 23, 2004, Deposition Gill v. Tamalpis Union School, Oakland, CA
March 24, 2004, Deposition Doran v. City of Berkeley, CA
March 25, 2004, Deposition Heishman v. Jeanne Woodford, Oakland, CA
March 30, 2004, Deposition Honomichl v. The Vons, Inc., Walnut Creek, CA
March 31, 2004, Deposition Green v. State of California, San Francisco, CA
April 14, 2004, Deposition Kelly v. UC Regents, Oakland, CA
April 23, 2004, Deposition Allen v. Kaiser, Oakland, CA
April 26, 2004, Testimony Green v. State of California, San Francisco, CA
April 30, 2004, Deposition Pico v. Regents, et al., San Francisco, CA
May 11, 2004, Testimony, Morgan v. National Railroad Passenger Corp., San Francisco, CA
May 18, 2004, Deposition, Gochman v. Heather & Dwayne, Oakland, CA
May 22, 2004, Testimony, People v. Peters, Santa Clara, CA
June 11, 2004, Testimony, Pico v. UCRegents, Hayward, CA
July 8, 2004, Testimony, Giusto v. San Mateo County, San Mateo, CA
July 9, 2004, Testimony, Tamalpis Union School, et al., Marin County, CA
July 15, 2004, Testimony, Giusto v. San Mateo County, San Mateo, CA
July 27, 2004, Testimony, Board of Psychology v. Dr. Siegel, Los Angeles, CA
August 30, 2004, Deposition, Barraza v. Folsom Exp., Fairfield, CA
September 7, 2004, Deposition, Chaffin v. Christian Jubliee Church, Oakland, CA
September 8, 2004, Deposition, Levy v. Bill Sexton , Oakland, CA
September 9, 2004, Testimony, People v. Timothy Young, Tulare, CA
September 30, 2004, Deposition, Tilus v. Kates, San Francisco, CA
October 5, 2004, Deposition, Harris v. Nobel, Los Angeles, CA

October 6, 2004, Testimony, People v. Jenkins, Oakland, CA.
October 7, 2004, Deposition, Levy v. Bill Sexton, Oakland, CA
October 21, 2004, Deposition, Alpert v. Security Equipment Co., et al., Oakland, CA
October 25, 2004, Deposition, Hettick v. FedEx, et al., Oakland, CA
October 27, 2004, Deposition, Sangha v. E.J. Novak, et al., Oakland, CA
November 4, 2004, Testimony, Hettick v. FedEx, et al., San Jose, CA
November 10, 2004, Deposition, Sangha v. E.J. Novak, et al., Oakland, CA
November 15, 2004, Testimony, Harris v. Nobel Biocare USA, Orange, CA
November 17, 2004, Testimony, Heishman v. Woodford, et al., San Francisco, CA
November 19, 2004, Testimony, People v. Allen, Contra Costa, CA
December 2, 2004, Testimony, Hettick v. FedEx, et al., Santa Clara, CA
December 7, 2004, Testimony, Burns v. City of Los Altos, CA
December 8, 2004, Testimony, Hettick v. FedEx, et al., Santa Clara, CA
December 10, 2004, Testimony, Hettick v. FedEx, et al., Santa Clara, CA
December 13, 2004, Deposition, Elauria v. Super Shuttle, et al., Oakland, CA
December 15, 2004, Testimony, People v. Allen,, Contra Costa, CA
January 10, 2005, Testimony, People v. Allen, Martinez, CA
January 11, 2005, Deposition, Walden v. FedEx, et al., Oakland, CA
January 13, 2005, Testimony, Levy v. Bill Sexton, et al., San Francisco, CA
January 19, 2005, Deposition, Porter v. State of California, Oakland, CA
January 27, 2005, Deposition, Kotla v. Regents of California, Oakland, CA
January 28, 2005, Deposition, Inbar-Hansen v. McGregor, et al, Oakland, CA
February 14, 2005, Testimony, Woolcott v. H. Woolcott, et al..
February 24, 2005, Testimony, People v. Allen, Martinez, CA
February 24, 2005, Deposition, Miller, Jr. v. SBC, et al., Oakland, CA
March 2, 2005, Deposition, Hemenez v. Toyota Motor Corp., Oakland, CA
March 3, 2005, Deposition, Elauria v. Supershuttle, et al., Oakland, CA
March 4, 2005, Deposition, Gohstand v. Stahle/Leeper, et al., Oakland, CA
March 10, 2005, Testimony, Kotla v. Regents of California, Oakland, CA
April 14, 2005, Testimony, People v. Sherman, Oakland, CA
April 15, 2005, Testimony, People v. Sherman, Tucson, AZ
April 22, 2005, Deposition, Boyce v. OCESJV, et al., San Francisco, CA
May 16, 2005, Testimony, People v. Pegram, Martinez, CA
May 17, 2005, Deposition, Nader-Kury v. Chong C. Sutter, et al., Oakland, CA
May 23, 2005, Deposition, Carr v. Washington Mutual, et al., Oakland, CA
May 26, 2005, Deposition, Westley Tire Fire v. Edward Fiblin, et al., San Francisco, CA
May 31, 2005, Deposition, Montes De Oca v. Uhaul Corp., Oakland, CA
June 14, 2005, Deposition, Chavez v. Diocese of Sacramento, Sacramento, CA
June 23, 2005, Deposition, Marcheta Wilson v. Southern California Edison, San Francisco, CA
September 1, 2005, Deposition, Allee v. Mark Twain Unified School, Concord, CA
October 19, 2005, Deposition, Does v. CDC, Oakland, CA
October 26, 2005, Deposition Does v. CDC, Oakland, CA
November 3, 2005, Testimony, People v. Ary, Martinez, CA
November 7, 2005, Testimony, People v. Ary, Richmond, CA
November 8, 2005, Testimony, Jennifer Gill v. Tamalpais Union High School, Marin, CA
November 22, 2005, Deposition, Hobbs/Evans v. Textron Lycoming, et al., Oakland, CA
December 19, 2005, Deposition, DeSouza, et al. v. ECII & M.A., et al., San Francisco, CA

January 6, 2006, Deposition, McNabb v. Hendrikus Dewaal, et al., Oakland, CA
January 9, 2006, Deposition, Fries v. Save Mart, et al., Oakland, CA
January 17, 2006, Testimony, Turner v. Petix, et al., Monterey, CA
January 23, 2006, Testimony, People v. Smart aka Payne, Redwood City, CA
January 24, 2006, Deposition, Lam v. Tang, et al., Oakland, CA
January 25, 2006, Deposition, Lam v. Tang, et al., Oakland, CA
February 7, 2006, Deposition, John Roe v. John Doe, et al., Oakland, CA
February 15, 2006, Testimony, Fries v. Save Mart, et al., Fresno, CA
February 16, 2006, Testimony, Lam v. Tang, et al., Oakland, CA
February 21, 2006, Deposition, John Roe v. John Doe, et al., Oakland, CA
March 10, 2006, Deposition, Karen Jamiolkowski v. Kruger, Intl., Oakland, CA
April 6, 2006, Deposition, Shabnam Gharajehdaghi v. Synopsys, Inc., San Francisco, CA
April 27, 2006, Deposition, Tiffany Pulsipher v. California Hwy Patrol, et al., Sacramento, CA
May 2, 2006, Testimony, Angela Sze v. Kaiser Foundation, et al., San Francisco, CA
May 3, 2006, Testimony, Shabnam Gharajehdaghi v. Synopsys, Inc., San Jose, CA
May 9, 2006, Testimony, Hobbs/Evans v. Textron Lycoming, et al., San Francisco, CA
May 11, 2006, Testimony, Amy Taylor v. Copobiano & Lynch, et al., Hayward, CA
May 17, 2006, Testimony, People v. Ford, San Bernadino, Ontario, CA
May 22, 2006, Deposition, Maria Goettsch v. Richard Trevino, M.D., Oakland, CA
May 23, 2006, Testimony, Giusto v. San Mateo County, San Mateo, CA
May 31, 2006, Deposition, Mogannan v. Peninsula Infiniti, Oakland, CA
June 1, 2006, Deposition, Maria Goettsch v. Richard Trevino, M.D., Oakland, CA
June 7, 2006, Deposition, Mannick v. Kaiser, et al., San Francisco, CA
June 9, 2006, Deposition, Chris Storm v. Consumers Self-Help Center, et al., Sacramento
June 12, 2006, Testimony, Carr v. Washington Mutual, et al., Fresno, CA
July 26, 2006, Deposition, Bueno v. Texas Rangers, et al., Oakland, CA
August 8, 2006, Testimony, US Government v. Lewis
August 9, 2006, Deposition, Delacroix v. Santa Clara University,
August 22, 2006, Arbitration, Elauria v. Super Shuttle, San Francisco, CA
September 11, 2006, Arbitration, Ronny Mogannam v. Peninsula Infiniti
September 22, 2006, Deposition, Damian v. Ford Enterprise, et al.
September 25, 2006, Deposition, Quiros v. Paul Williams, Oakland, CA
September 27, 2006, Testimony, People V Gonzales, Fresno, CA
September 28, 2006, Deposition, DeShera v. CSAA, Oakland, CA
September 29, 2006, Deposition, Leone v. Love, Oakland, CA
October 5, 2006, Deposition, Golden v. Mickel, San Francisco, CA
October 9, 2006, Deposition, Leone v. Love (completion), Oakland, CA
October 9, 2006 Deposition, Lewinstein v. Home Depot, Oakland, CA
October 12, 2006, Deposition, DeShera et al v. CSAA, Oakland, CA
October 13, 2006, Deposition, Flores v. Ashbury Environmental Services, Oakland, CA
October 19, 2006, Deposition, Collins v. CalTrans, Oakland, CA
October 24, 2006, Deposition, Flores v. Ashbury Environmental Services (completion), Oakland, CA
November 1, 2006, Deposition, Karen Pittman v. John Muir, Oakland, CA
November 16, 2006, Deposition, Matthew Growhoski v. City & County of San Francisco, Oakland, CA
December 21, 2006, Deposition, Jennifer Bueno v. The Texas Rangers, Oakland, CA

January 19, 2007. Deposition, Albert Swanson v. Fire Insurance Exchange, Oakland, CA
February 1, 2007, Deposition, Douglas Gustafson v. Greenlee Textron, Walnut Creek, CA
February 23, 2007, Testimony, US Government v. Roy Albert Lewis
March 2, 2007, Testimony, Chris Storm v. Consumers Self-Help Center and Meghan Stanton, Sacramento, CA
March 19, 2007, Deposition, Kimberly Keathley v. Sanofi-Aventis Pharmaceuticals,Oakland, CA
March 22, 2007, Deposition, Jeffery, Elbert v. Yellow Transportation & Freight, Oakland, CA
April 23, 2007, Testimony, Kimberly Keathley v. Sanofi-Aventis Pharmaceuticals Fresno Cty, CA
April 30, 2007, Deposition, Hong v. Hardiman, et al., San Mateo County, Oakland, CA
May 1, 2007, Deposition, Jesus Espinoza v. University of CA, et. al., San Francisco, CA
May 7, 2007, Depositoin, Delatorre/Bulilan v. Jones/Christopher, Oakland, CA
May 18, 2007, Deposition, Holman v. Altana, Inc., San Francisco, CA
June 1, 2007, Deposition, McCaskey, et al. v. CSAA, San Francisco, CA

## BEHAVIORDATA PSYCHODIAGNOSTIC

### LABORATORY REPORT

Account:  5075
Subject:  523072
Date:  05/24/07

Sex:  Female
Age:  52

Report:  7

Options:  RE
Inventory:  CPI

This is a detailed clinical report for psychodiagnosis.  It is sent only to professionals who are licensed for the independent practice of psychodiagnosis and psychotherapy.

This report from Behaviordata Incorporated is based on the system that was designed by Joseph C.  Finney, M.D., Ph.D., a psychiatrist and a clinical psychologist at the University of Kentucky, with the help of research grants from the National Institute of Mental Health and U.S. Vocational Rehabilitation Administration.

Analysis of this kind can be done from various psychological inventories or from other information.  Like any other report based on an inventory, this is subject to error.  No decision should be made from this report alone, but only from consideration of the case history and all the available evidence.  In this case, the inventory completed and submitted for analysis was the California Psychological Inventory.

PROFILE          **Account 5075 Subject 523072  [Female,52]**          Page  2



The "T" points on this profile are true T Scores normalized to the
Finney sample of 2,000 normal men and women.  The scores are corrected
to reduce the factor of anxiety or social desirability, and the effects
of response set for rare (possibly random) answers.

**NARRATIVE REPORT      Account 5075 Subject 523072  [Female,52]      Page  3**

The following narrative statements are based on the University of Kentucky's Interpretive System developed by J. Finney, M.D., Ph.D. (JF) and distributed by Behaviordata, Inc.

---------------------* VALIDITY AND RESPONSE ANALYSIS ---------------------

She gives some rare answers, either because of some random error, or because she may be somewhat restless or unstable.

She seems to have some conflicts and to be a rather changeable person.

She does not give a consistently favorable nor a consistently unfavorable picture of herself.  She tells us some positive things and some negative things about herself.  She is slow to admit little flaws in herself, as judged by rather perfectionistic moral standards.  She tends to make some claim to perfection of moral character.  She appears to be an enterprising person who likes to put her best foot forward. Either she is very warm, helpful, outgoing, friendly, and cooperative, or else she appears that way due to her great effort to make a good impression.  She tends to mark as false the neutral-sounding items that are direct in expressing feelings.

Some of her answers are worth noting. Here is what she said:

37.  False.  I have had very few fears compared to my friends.

44.  True.  Sometimes I feel like smashing things.

168.  False.  My home life was always happy.

175.  True.  I have had blank spells in which my activities were interrupted and I did not know what was going on around me.

236.  True.  I am so touchy on some subjects that I can't talk about them.

279.  True.  I often get disgusted with myself.

330.  True.  Everything tastes the same.

337.  True.  Much of the time my head seems to hurt all over.

365.  True.  The future seems hopeless to me.

394.  True.  Even when I have gotten into trouble I was usually trying to do the right thing.

419.  True.  It often seems that my life has no meaning.

432.  False.  I am not afraid of picking up a disease or germs from doorknobs.