IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HENSON,

    Plaintiff,                          No. CIV S-05-1099 FCD KJM

    vs.

LASSEN COUNTY, et al.,

    Defendants.                        <u>ORDER</u>

/

        Good cause appearing, IT IS HEREBY ORDERED that in light of plaintiff's withdrawal of the motion to compel production of a termination letter, that portion of the court's June 18, 2007 order addressing said motion is vacated.  Plaintiff did not withdraw with prejudice the motion as it pertained to sanctions.  The court finds on the present record that no sanctions are warranted.

DATED: July 26, 2007.

                                            U.S. MAGISTRATE JUDGE

006
henson.gmfb

1