**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants LASSEN COUNTY,
KEVIN MANNEL, BILL BIXBY, JIM CHAPMAN,
ANDY WHITEMAN and LYNNE MARGOLIES

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH HENSON, | CASE NO: CIV-05-1099 FCD KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| LASSEN COUNTY CALIFORNIA, KEVIN MANNEL; BILL BIXBY; JIM CHAPMAN; ANDY WHITEMAN; LYNNE MARGOLIES; and MARGARET "PEGGY" CROSBY | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

*Henson v. Lassen County, et al.* [CIV-05-1099 FCD]/Stipulation and Order for Dismissal        Page 1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendants LASSEN COUNTY, KEVIN MANNEL, BILL BIXBY, JIM CHAPMAN, ANDY WHITEMAN and LYNNE MARGOLIES be, and hereby are, dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys fees.

Dated: 12/21/07   KLETTER & PERETZ/
JACOBS & FERRARO, LLP

By: /s/ Micah Jacobs (signature retained by counsel)
MICAH JACOBS, attorneys for
plaintiff DEBORAH HENSON

Dated: 12/20/07   WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams
KATHLEEN J. WILLIAMS, attorneys
for defendants LASSEN COUNTY, KEVIN
MANNEL, BILL BIXBY, JIM CHAPMAN, ANDY
WHITEMAN and LYNNE MARGOLIES

**IT IS SO ORDERED**

Dated: January 2, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE